Dorothy M. EZELL et al., Petitioners,

v.

MOBILE HOUSING BOARD et al., Respondents.

No. 78-8101.

United States Court of Appeals, Fifth Circuit.

Nov. 28, 1978.

Gregory B. Stein, J. U. Blacksher, Mobile, Ala., Jack Greenberg, O. Peter Sherwood, New York City, for petitioners.

Thomas M. Galloway, Sr., Mylan R. Engel, Vincent F. Kilborn, III, Mobile, Ala., for respondents.

Before THORNBERRY, GODBOLD and RUBIN, Circuit Judges.

BY THE COURT:

IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court for the Southern District of Alabama entered on February 22, 1978, is DENIED. Because the district court has held an appropriate hearing on the issue of class certification, an appeal from the decertification order may ultimately be appropriate even if the individual representatives' claims are subsequently mooted, see Satterwhite v. City of Greenville (CA5, 1978), 578 F.2d 987, 995-996, as well as dissenting opinion of Judge Godbold, 578 F.2d at 999; Geraghty v. U. S. Parole Commission, 579 F.2d 238 (CA3, 1978), and Knable v. Wilson, 570 F.2d 957 (D.C.Cir., 1977); an interlocutory appeal is not allowable of right, Coopers & Lybrand v. Livesay, —— U.S. ——, 98 S.Ct. 2454, 57 L.Ed.2d 351 (1978), and there has been no § 1292(b) certification. See discussion in Coopers & Lybrand, supra, 98 S.Ct. at 2461.

COMPANIA DE NAVIGACION PORTO RONCO, S. A., Plaintiff-Appellee,

A/S Uglands Rederi et al., Intervenors-Appellees,

v.

S/S AMERICAN ORIOLE, in rem, Defendant.

AMERICAN FOREIGN STEAMSHIP CORPORATION, Defendant-Appellee-Appellant,

v.

TODD SHIPYARD CORPORATION, in personam, Defendant-Appellant-Appellee.

No. 76-4411.

United States Court of Appeals, Fifth Circuit.

Dec. 11, 1978.

Rehearing Denied Jan. 2, 1979.

James B. Kemp, Jr., Richmond M. Eustis, New Orleans, La., William T. Foley, Jr., New York City, for appellant.

Robert B. Deane, Donald A. Lindquist, New Orleans, La., for Rederi, Sorensen & Sonner, Golden Chalice.

Benjamin E. Smith, William A. Ransom, III, New Orleans, La., for Amstar Corp.

Alfred M. Farrell, Jr., New Orleans, La., for American Foreign.

Before GEWIN, COLEMAN, and GOLDBERG, Circuit Judges.

PER CURIAM:

This case was orally argued in New Orleans on November 9, 1978.

Upon consideration of the record, briefs, and argument, we affirm for the reasons set forth by the District Court in its published opinion, —— F.Supp. ——.

AFFIRMED.